UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-64-1-BR
No. 5:16-CV-619-BR

| | | |
|---|---|---|
| AHMAD DEHAVEN BURWELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's 28 U.S.C. § 2255 motion. (DE # 146.) Because petitioner has previously filed a § 2255 motion, he filed a motion for authorization from the Court of Appeals to file a second or successive § 2255 motion. On 23 June 2016, the Court of Appeals denied that motion. Accordingly, this court is without jurisdiction to review the § 2255 motion, and it is DISMISSED WITHOUT PREJUDICE. The court finds that petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings, a certificate of appealability is DENIED.

This 30 June 2016.

_____
W. Earl Britt
Senior U.S. District Judge