UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ahmad Dehaven Burwell**  Docket No. 5:10-CR-64-1BR

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ahmad Dehaven Burwell, who, upon an earlier plea of guilty to Conspiracy to Commit Armed Bank Robbery, Armed Bank Robbery, Use and Carry of a Firearm During a Crime of Violence, and Aiding and Abetting, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on November 1, 2010, to the custody of the Bureau of Prisons for a term of 117 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Ahmad Dehaven Burwell was released from custody on April 10, 2018, at which time the term of supervised release commenced. On September 11, 2018, a Violation Report was filed advising Burwell tested positive for marijuana and cocaine on August 29, 2018. The defendant was referred for increased substance abuse counseling, and the violation was held in abeyance with no further court action recommended.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 19, 2018, Burwell tested positive for marijuana. The defendant acknowledged his use of marijuana last week, and signed an Admission of Use Form. Additionally, it is noted that the defendant has failed to report for the Surprise Urinalysis Program and substance abuse counseling as directed, and has failed to report to this probation officer on at least two occasions recently. Based on the positive urinalysis and other recent noncompliance issues, a 120-day period of Location Monitoring (Curfew) is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 120 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Ahmad Dehaven Burwell
Docket No. 5:10-CR-64-1BR
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Timothy L. Gupton<br>Timothy L. Gupton<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8686<br>Executed On: November 19, 2018 |

**ORDER OF THE COURT**

Considered and ordered this 19 day of November, 2018, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge